JAMES HOGELAND
FED. REG. # 59573-066
F.C.I. - FAIRTON
P.O. BOX - 420
FAIRTON, N.J. 08320

CLERK of COURT
U.S. DISTRICT COURT
EASTERN DISTRICT of P.A.
601 MARKET STREET
PHILA. P.A. 19106

AUG 2 1 2020

           RE: DATE STAMP  RECIEVED AND OR  FILED AND RETURNED
DEAR CLERK:
   IF YOU WOULD PLEASE BE SO KIND AS TO DATE STAMP
RECIEVED AND OR FILED ON THE COPY of THE FRONT PAGE
I HAVE PROVIDED AND PLACE IT IN THE SELF-
ADDRESSED STAMPED  ENVELOPE  I HAVE  ALSO PROVIDED,
I WILL BE ETERNALLY GRATEFUL. THANK YOU IN
ADVANCE AND HAVE  A  BLESSED AND  WONDERFUL
DAY.

                         RESPECTfully,

                         James Hogeland


                    AUGUST 17th 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES
        HOGELAND                    )   CASE # 05-00162-01
                                    )
                                    )
        - VS -                      )   HONORABLE DISTRICT COURT
UNITED STATES OF                    )
        AMERICA                     )   JUDGE PAUL S. DIAMOND

        MOTION TO MODIFY SENTENCE
        PURSUANT TO 18 U.S.C. 3582 (c)(1)(A)

   COMES THE DEFENDANT JAMES HOGELAND, PRO-SE
IN THE CASE. I HUMBLY AND RESPECTFULLY BEG
THE COURTS PATIENCE AND LIENIANCY, AS I AM
UNSKILLED IN THE LAW, AND WE ARE IN EXTREMELY
DIFFICULT TIMES IN THE INSTITUTION AND IN THE
WORLD.

THE ORIGIONAL "REQUEST TO STAFF" TO THE WARDEN
WENT UNADDRESSED. (EXHIBIT A)

I HAVE BEEN INCARCERATED FOR MY CRIMES SINCE
JULY 15th 2004. WITH 16 YEARS IN, I PRAY THE
COURT TAKES THE TIME TO LOOK AT MY RECORD AND
WEIGH THE POSSIBILITY OF REDUCING MY SENTENCE
THROUGH EXTRAORDINARY AND COMPELLING CIRCUMSTANCES

IN THE SUPERSEDING INDICTMENT THE CHARGES WERE ENHANCED WITH 851 ENHANCEMENTS DOUBLING THE ORIGIONAL CHARGES. WITH 924 (c) CHARGES BEING ADDRESSED DIFERENTLY NOW, I PERCIEVABLY COULD HAVE RECIEVED LESS TIME IF SENTENCED NOW.

EVEN THOUGH AT THE BEGINNING OF TRIAL I ADMITTED MY GUILT, I FEEL I WAS PUNISHED FOR EXERCISING MY RIGHTS. NEVER EVEN RECIEVED CREDIT FOR ACCEPTANCE OF RESPONSIBILITY. IN TOTALITY THOUGH, IF I WOULD HAVE KEPT THE PLEA, I WOULD BE GETTING OUT NOW.

I AM CURRENTLY 58 YEARS OLD, AND MAY BE ON THE LOWER END OF THE BOP's GUIDLINES. BUT SEEM TO BE RIGHT IN THE MIDDLE OF COVID-19's AFFECTED RANGE. I WAS TAKING MEDICATION FOR HIGH-CHOLESTEROL, BUT HAVE BEEN TRYING TO ADDRESS THAT WITH DIET AND EXERCISE. I HAVE SOME DIFFICULTY BREATHING, WITH CHRONIC CONGESTION, AND SLEEP APNEA. I AM SUPPOSED TO DO A SLEEP STUDY FOR A CPAP MACHINE, BUT THAT SEEMS TO BE ON HOLD WITH THE VIRUS TAKING PRECEDENT (WE HAVE BEEN ON LOCK-DOWN). I SMOKED FOR 30 YEARS BEFORE I WAS INCARCERATED. SNORTED DRUGS FOR 20 YEARS (APPROX.), AND WAS ON A HANDFUL OF JOBS THAT WERE SHUT DOWN BECAUSE OF ASBESTOS EXPOSURE WHEN I WAS AN APRENTICE PLUMBER IN THE 80's

ALTHOUGH NEVER DIAGNOSED BY THE BOP, I AM SURE THERE ARE UNDERLYING PROBLEMS THAT WOULD MAKE ME VULNERABLE UNDER CURRENT CONDITIONS.

## RELEASE PLAN

MY FATHER WOULD TRULY APPRECIATE ME LIVING WITH HIM. HE IS 86 YEARS OLD, AND ALONE SINCE MY MOTHERS PASSING. (EXHIBIT B) FROM THERE I COULD WALK TO WORK, AS MY PREVIOUS BOSS GRACIOUSLY SAID HE WOULD RE-HIRE ME. (EXHIBIT C)
* NOT EVEN A FULL BLOCK 310 FOUNTAIN ST TO
                                        404 FOUNTAIN ST *

* MY BROTHER ALSO LIVES LOCAL AND EXTENDED HOSPITALITY TO ME TOO. (EXHIBIT D)

WHEN I FIRST GOT LOCKED-UP, SOMEONE OFFERED ME A BIBLE, I ACCEPTED IT, BUT THOUGHT THAT 12 YEARS OF CATHOLIC SCHOOLING WAS ALL I NEEDED. I SOON FOUND OUT HOW WRONG I WAS, I WAS EVEN MORE AMAZED AT JUST HOW MUCH OF A "GOOD PERSON" I WASN'T.

FINDING SOME CORRESPONDANCE COURSES, AT FIRST TO HELP OCCUPY MY TIME, I AM AMAZED AT HOW MUCH MORE THEY HAVE DONE. WHEN I GOT TO FDC PHILLY I CONTINUED TO DO THEM. (EXHIBIT E) I FOUND OUT ABOUT THE SUICIDE COMPANION PROGRAM AND VOLUNTEERED FOR THAT. (EXHIBIT F)

ALONG WITH THAT, THEY FOUND OUT THAT I AM A UNION PLUMBER. THE ASKED ME TO CONVERT A COUPLE OF CELLS FOR OBSERVATION. REMOVING SINK & TOILETS & REPLACING THEM WITH STAINLESS STEEL (EXHIBIT G) I APPRECIATED THE WORK AND ALSO FEELING PRODUCTIVE. I ALSO SAW THE OPPORTUNITY TO AND VOLUNTEERED FOR NUMEROUS RECREATION ACTIVITIES. (EXHIBIT H) THEY ALSO ASKED ME TO MENTOR SOMEONE WHO WAS PRONE TO CUTTING HIMSELF, AND WE BECAME CELLIES.

   AFTER SENTENCING AND LEAVING F.D.C. PHILA. I ARRIVED AT U.S.P. LEWISBURG. THEY WERE APPROACHING CONVERSION TO THE S.M.U. PROGRAM. I WAS TOLD BY THE UNIT TEAM TO "NOT GET COMFORTABLE" AS THE MAJORITY OF INMATES WERE SLATED TO BE RELOCATED. AFTER FINDING OUT MY PLUMBING EXPERIENCE AND CHECKING WITH STAFF FROM PHILA. THEY ASKED ME TO BECOME A CADRE WORKER AND SOON AFTER "EMERGENCY PLUMBER". WE CHANGED OUT HUNDREDS OF SINKS & TOILETS AND STAYED BUSY KEEPING THE 85 YEAR OLD INSTITUTION WORKING. I ALSO CONTINUED TO BE A SUICIDE COMPANION THERE. (EXHIBIT I)
   THE CHAPLAIN THERE WANTED TO INSTITUTE A BIBLE STUDY PROGRAM TO THE SMU AND ASKED A FEW OF US TO TAKE IT SO WE COULD HELP GRADE TESTS. WE DID ASSIST IN HELPING QUITE A FEW PEOPLE ACHIVE BACHELORS DEGREES, BUT AS THAT CHAPLAIN LEFT IT DIDN'T TAKE ROOT IN THE SMU. (EXHIBIT J)

WE DID INITIATE ANOTHER COURSE, AN INTERNATIONAL COURSE WITH DVD's. IT NOT ONLY TOOK ROOT, IT HAS FLOURISHED. NUMEROUS MEN HAVE BEEN BLESSED TO RECIEVE ASSOCIATE DEGREES. THERE HAVE BEEN A FEW TO TAKE IT TO BACHELORS. IT HAS REACHED 5 DIFFERENT INSTITUTIONS AND IS IN THE PROCESS OF BECOMING EVIDENCE BIASED AND APPROVED FOR THE FIRST STEP ACT. (EXHIBIT K)

I COULD SAY THAT I WAS BLESSED AGAIN, AS I NEEDED TO GET CLOSER TO MY FAMILY, THE TRANSFER WENT THROUGH WITHOUT A HITCH. (TO F.C.I FAIRTON) I GOT INTO UNICOR ALMOST IMMEDIATLY AND THEN THE QUALITY CONTROL DEPT. EDUCATION\UNICOR PRESENTED AN OPPORTUNITY TO TAKE THE ASQ CERTIFIED QUALITY IMPROVEMENT ASSOCIATE TEST, WHICH TRUELY WAS A BLESSING. HALF OF US PASSED AND TRUTHFULLY I WOULD LOVE TO BE ABLE TO PURSUE THIS FURTHER. (EXHIBIT L)

THE CHAPLAIN HERE WAS ALSO INTERESTED IN THE INTERNATIONAL MINISTRY AND WE HAVE GOTTEN THROUGH THE ASSOCIATES AND JUST STARTED THE BACHELORS WHEN THE VIRUS HIT.

THROUGH ALL OF THIS, I HAVE NEVER RECIEVED AN INFRACTION, AND RECENTLY MADE FINAL PAYMENT ON MY FINES.

ONCE AGAIN I WOULD LIKE TO THANK THE COURTS FOR ALL OF YOUR PATIENCE AND TIME. I TRIED TO BE AS CONCISE AS POSSIBLE EXPLAINING SOME OF THE EXHIBITS PERTINANT TO THE LAST 16 YEARS OF MY LIFE.

IN CLOSING, I WOULD LIKE TO ADD. AT ONE TIME I MAY HAVE BEEN OF THE IMPRESSION THAT MINE WAS A VICTIMLESS CRIME. I REALIZE NOW THAT COULDN'T BE FURTHER FROM THE TRUTH. THE LIFESTYLE THAT I WAS LIVING AND PROMOTING TEARS AT THE VERY FABRIC OF SOCIETY. ALTHOUGH WE ALL DO NEED "HELP" IN ACHIEVING AND REALIZING THE AMERICAN DREAM. THAT HELP HAS TO COME FROM ON HIGH AND OTHERS, NOT FROM ANY DRUG. FOR THIS I AM TRUELY SORRY. IN REPENTING FROM MY FORMER WAYS, I AM OF A BELIEF THAT ULTIMATELY THE BEST WAY TO MAKE AMMENDS IS IN YOUTH MINISTRY. IF (WHEN) THAT DOOR IS OPENED, I WILL FEEL THAT TRUELY I HAVE COME A FULL 180. UNTIL THAT TIME I WILL CONTINUE TO DO WHATEVER GOD PUTS BEFORE ME, AND PRAY FOR THE BLESSINGS OF FERTILE SOIL TO DROP HIS SEEDS.

THANK YOU ONCE AGAIN
AND GOD BLESS YOU

James Hogeland
59573-066

IN THE SUPERSEDING INDICTMENT THE CHARGES WERE ENHANCED WITH 851 ENHANCEMENTS DOUBLING THE ORIGIONAL CHARGES. WITH 924(c) CHARGES BEING ADDRESSED DIFERENTLY NOW, I PERCIEVABLY COULD HAVE RECIEVED LESS TIME if SENTENCED NOW.

EVEN THOUGH AT THE BEGINNING of TRIAL I ADMITTED MY GUILT, I FEEL I WAS PUNISHED for EXERCISING MY RIGHTS. NEVER EVEN RECIEVED CREDIT for ACCEPTANCE of RESPONSIBILITY. IN TOTALITY THOUGH, if I WOULD HAVE KEPT THE PLEA, I WOULD BE GETTING OUT NOW.

I AM CURRENTLY 58 YEARS OLD, AND MAY BE ON THE LOWER END of THE BOP's GUIDLINES. BUT SEEM TO BE RIGHT IN THE MIDDLE of COVID-19's AFFECTED RANGE. I WAS TAKING MEDICATION for HIGH-CHOLESTEROI, BUT HAVE BEEN TRYING TO ADDRESS THAT WITH DIET AND EXERCISE. I HAVE SOME DIFFICULTY BREATHING, WITH CHRONIC CONGESTION, AND SLEEP APNEA. I AM SUPPOSED TO DO A SLEEP STUDY for A CPAP MACHINE, BUT THAT SEEMS TO BE ON HOLD WITH THE VIRUS TAKING PRECEDENT. (WE HAVE BEEN ON LOCK-DOWN) I SMOKED FOR 30 YEARS BEFORE I WAS INCARCERATED. SNORTED DRUGS for 20 YEARS (APPROX.), AND WAS ON A HANDFUL of JOBS THAT WERE SHUT DOWN BECAUSE of ASBESTOS EXPOSURE WHEN I WAS AN APPRENTICE PLUMBER IN THE 80's

ALTHOUGH NEVER DIAGNOSED BY THE BOP, I AM SURE THERE ARE UNDERLYING PROBLEMS THAT WOULD MAKE ME VULNERABLE UNDER CURRENT CONDITIONS.

RELEASE PLAN

MY FATHER WOULD TRUELY APPRECIATE ME LIVING WITH HIM. HE IS 86 YEARS OLD AND ALONE SINCE MY MOTHERS PASSING. (EXHIBIT B) FROM THERE I COULD WALK TO WORK, AS MY PREVIOUS BOSS GRACIOUSLY SAID HE WOULD RE-HIRE ME. (EXHIBIT C)
* NOT EVEN A FULL BLOCK 310 FOUNTAIN ST TO
                                    404 FOUNTAIN ST *

* MY BROTHER ALSO LIVES LOCAL AND EXTENDED HOSPITALITY TO ME TOO. (EXHIBIT D)

WHEN I FIRST GOT LOCKED-UP, SOMEONE OFFERED ME A BIBLE, I ACCEPTED IT, BUT THOUGHT THAT 12 YEARS OF CATHOLIC SCHOOLING WAS ALL I NEEDED. I SOON FOUND OUT HOW WRONG I WAS. I WAS EVEN MORE AMAZED AT JUST HOW MUCH OF A "GOOD PERSON" I WASN'T.

FINDING SOME CORRESPONDANCE COURSES, AT FIRST TO HELP OCCUPY MY TIME, I AM AMAZED AT HOW MUCH MORE THEY HAVE DONE. WHEN I GOT TO F.D.C. PHILLY I CONTINUED TO DO THEM. (EXHIBIT  ) I FOUND OUT ABOUT THE SUICIDE COMPANION PROGRAM AND VOLUNTEERED FOR THAT. (EXHIBIT  )

ALONG WITH THAT, THEY FOUND OUT THAT I AM A UNION PLUMBER. THE ASKED ME TO CONVERT A COUPLE OF CELLS FOR OBSERVATION, REMOVING SINK + TOILETS & REPLACING THEM WITH STAINLESS STEEL (EXHIBIT) I APPRECIATED THE WORK AND ALSO FEELING PRODUCTIVE. I ALSO SAW THE OPPORTUNITY TO AND VOLUNTEERED FOR NUMEROUS RECREATION ACTIVITIES. (EXHIBIT ) THEY ALSO ASKED ME TO MENTOR SOMEONE WHO WAS PRONE TO CUTTING HIMSELF, AND WE BECAME CELLIES.

   AFTER SENTENCING AND LEAVING F.D.C. PHILA I ARRIVED AT U.S.P. LEWISBURG. THEY WERE APPROACHING CONVERSION TO THE S.M.U. PROGRAM. I WAS TOLD BY THE UNIT TEAM TO "NOT GET COMFORTABLE" AS THE MAJORITY OF INMATES WERE SLATED TO BE RELOCATED. AFTER FINDING OUT MY PLUMBING EXPERIENCE AND CHECKING WITH STAFF FROM PHILA. THEY ASKED ME TO BECOME A CADRE WORKER AND SOON AFTER "EMERGENCY PLUMBER". WE CHANGED OUT HUNDREDS OF SINKS + TOILETS AND STAYED BUSY KEEPING THE 85 YEAR OLD INSTITUTION WORKING. I ALSO CONTINUED TO BE A SUICIDE COMPANION THERE. (EXHIBIT )

   THE CHAPLAIN THERE WANTED TO INSTITUTE A BIBLE STUDY PROGRAM TO THE SMU AND ASKED A FEW OF US TO TAKE IT SO WE COULD HELP GRADE TESTS. WE DID ASSIST IN HELPING QUITE A FEW PEOPLE ACHIVE BACHELORS DEGREES, BUT AS THAT CHAPLAIN LEFT IT DIDN'T TAKE ROOT IN THE SMU. (EXHIBIT )

WE DID INITIATE ANOTHER COURSE, AN INTERNATIONAL COURSE WITH DVD's. IT NOT ONLY TOOK ROOT, IT HAS FLOURISHED. NUMEROUS MEN HAVE BEEN BLESSED TO RECIEVE ASSOCIATE DEGREES. THERE HAVE BEEN A FEW TO TAKE IT TO BACHELORS. IT HAS REACHED 5 DIFFERENT INSTITUTIONS AND IS IN THE PROCESS OF BECOMING EVIDENCE BIASED AND APPROVED FOR THE FIRST STEP ACT. (EXHIBIT )

I COULD SAY THAT I WAS BLESSED AGAIN, AS I NEEDED TO GET CLOSER TO MY FAMILY, THE TRANSFER WENT THROUGH WITHOUT A HITCH. (TO F.C.I FAIRTON) I GOT INTO UNICOR ALMOST IMMEDIATLY AND THEN THE QUALITY CONTROL DEPT. EDUCATION\ UNICOR PRESENTED AN OPPORTUNITY TO TAKE THE ASQ CERTIFIED QUALITY IMPROVEMENT ASSOCIATE TEST, WHICH TRUELY WAS A BLESSING. HALF OF US PASSED AND TRUTHFULLY I WOULD LOVE TO BE ABLE TO PURSUE THIS FURTHER. (EXHIBIT )

THE CHAPLAIN HERE WAS ALSO INTERESTED IN THE INTERNATIONAL MINISTRY AND WE HAVE GOTTEN THROUGH THE ASSOCIATES AND JUST STARTED THE BACHELORS WHEN THE VIRUS HIT.

THROUGH ALL OF THIS, I HAVE NEVER RECIEVED AN INFRACTION, AND RECENTLY MADE FINAL PAYMENT ON MY FINES.

ONCE AGAIN I WOULD LIKE TO THANK THE COURTS FOR ALL OF YOUR PATIENCE AND TIME. I TRIED TO BE AS CONCISE AS POSSIBLE EXPLAINING SOME OF THE EXHIBITS PERTINANT TO THE LAST 16 YEARS OF MY LIFE.

IN CLOSING, I WOULD LIKE TO ADD. AT ONE TIME I MAY HAVE BEEN OF THE IMPRESSION THAT MINE WAS A VICTIMLESS CRIME. I REALIZE NOW THAT COULDN'T BE FURTHER FROM THE TRUTH. THE LIFESTYLE THAT I WAS LIVING AND PROMOTING TEARS AT THE VERY FABRIC OF SOCIETY. ALTHOUGH WE ALL DO NEED "HELP" IN ACHIEVING AND REALIZING THE AMERICAN DREAM. THAT HELP HAS TO COME FROM ON HIGH AND OTHERS, NOT FROM ANY DRUG. FOR THIS I AM TRULY SORRY. IN REPENTING FROM MY FORMER WAYS, I AM OF A BELIEF THAT ULTIMATELY THE BEST WAY TO MAKE AMMENDS IS IN YOUTH MINISTRY. IF (WHEN) THAT DOOR IS OPENED, I WILL FEEL THAT TRULY I HAVE COME A FULL 180. UNTIL THAT TIME I WILL CONTINUE TO DO WHATEVER GOD PUTS BEFORE ME, AND PRAY FOR THE BLESSINGS OF FERTILE SOIL TO DROP HIS SEEDS.

THANK YOU ONCE AGAIN AND GOD BLESS YOU

James Hogeland
59573-066

EXHIBITS

EXHIBIT A

BP-A148.055
Sep-98

# UNICOR
## U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF

| TO: (NAME AND TITLE OF STAFF MEMBER) WARDEN / SMITH | DATE: 4/20/20 |
| NAME: JAMES HOGELAND | REGISTER NO: 59573-066 |
| WORK ASSIGNMENT: UNICOR / QA (FINAL) | UNIT: C-LEFT CELL 131 |

SUBJECT: Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

THIS IS A PLEA TO THE WARDEN FOR A COMMUTATION OF MY SENTENCE ON JULY 13th OF THIS YEAR (2020) I WILL HAVE BEEN INCARCERATED FOR 16 FULL YEARS. 10 OF THE YEARS WERE IN A PENNITENTIARY. IN 2009 I ASSISTED IN THE CONVERSION OF USP LEWISBURG INTO A SMU PROGRAM. I HAVE BEEN PROGRAMING AND WORKING THE WHOLE TIME. I WAS THE "ON CALL" EMERGENCY PLUMBER THERE FOR MOST OF THE TIME, EARNED A BACHELORS DEGREE IN BIBLICAL STUDIES THERE, AND FACILITATED A CLASS FOR OTHERS TO ALSO. THE WHOLE TIME I

( Do not write below this line )

James Hogeland (OVER)
59573-066

| Signature staff member | Date |
| | |

Record Copy - File; Copy - Inmate
(this form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-s148.070
Apr-94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

HAVE BEEN LOCKED-UP, I NEVER RECIEVED AN INFRACTION. SINCE COMING TO FCI FAIRTON, I HAVE BEEN BLESSED TO GET RIGHT INTO UNICOR. HAVE BEEN RESPONSIBLY DOING WHATEVER I CAN, AND IS PUT BEFORE ME. HAVE BEEN IN THE QIA DEPARTMENT SINCE 2018 (AUGUST). WAS ABLE TO TAKE THE ASQ. TEST THROUGH EDUCATION/ UNICOR, AND PASSED THAT. I WOULD LIKE TO GO FURTHER IN THIS FIELD IF/WHEN THE OPPORTUNITY PRESENTS ITSELF, BUT AT LEAST HAVE STANDING OFFERS IN THE PLUMBING INDUSTRY (WITH 2 COMPANYS) WHEN I DO RECIEVE MY FREEDOM. I HAVE BEEN A LICENCED PLUMBER SINCE 1982. I AM CURRENTLY 58 YEARS OLD AND IN RELATIVELY GOOD HEALTH, BUT I AM AT LEAST VULNERABLE UNDER CURRENT CONDITIONS. I DO HAVE A SINUS CONDITION WITH CRONIC CONG-ESTION, QUITE POSSIBLY COMPLICATIONS IN THE FORSEEABLE FUTURE. WITH THE LAWS CHANGED AND THE FACTS OF MY ENHANCEMENT (851) AND ALSO THE GUN CHARGES 924 (c) I PROBABLY WOULD CURRENTLY RECIEVE LESS TIME. I STILL HAVE FAMILY LIVING LOCAL AND COULD HOME CONFINE THERE, IF NECESSARY. IN CLOSING; I WOULD LIKE TO THANK YOU FOR YOUR PATIENCE AND CONSIDERATION AND SAY, "NOT ONLY AM I NOT THE SAME PERSON WHO COMMITTED THESE CRIMES, EVERY DAY I LOOK FOR OPPORTUNITIES TO BE A BETTER INFLUENCE. TRUELY BEGINNING TO SEE THE TOTALITY OF THE DETRIMENTAL EFFECTS OF MY PREVIOUS LIFESTYLE. I LOOK FORWARD TO THE POSSIBILITY OF BECOMING A PRODUCTIVE MEMBER OF SOCIETY WITH THE POSSIBLE ACTIONS OF YOU AND THE LEGAL SYSTEM."

THANK YOU AND GOD BLESS

JAMES HOGELAND
59573-066

EXHIBIT B

To whom it MAY CONCERN

I AM WRITING THIS Letter FOR MY SON
James Hogeland 59573-066
AN INMATE F.C.I. FAIRTON NJ

He is Petitioning FOR EARLY RELESE OR
PAROLE.
IF such where Possible he would
Need a Place to Live witch would
be with me at My home in Phila. PA
    310 FOUNTAIN St Phila Pa 19128

IT HAS BIN ALL MOST 16 years since he was
FIRST INCARCERATED AND he has LeARNed A lot
OF Good things in That Time, degrees in
bible AND Business.

I Think he is RehABiTATEd AND is REAdY
To come home AND help his
86 year old Father (his mother my wife died
LAST year) out in his SENIOR years

            SINCERELY
            James Hogeland

**Tinneny Plumbing & Heating Inc.**
404 Fountain Street
Philadelphia, PA 19128
215-487-3113/ Fax: 215-487-3014
License # 10675

I am writing this letter on behalf of James Hogeland for request of possible early parole.

Life can be very challenging and difficult at times, turning down a wrong path in today's world is not uncommon; however I am a practicing Catholic and believe in today's world most people deserve a second chance and in Jimmy case I've feel after speaking with his parents and siblings he has came a long way and truly has repent from his sins.

If in your hearts he would be granted a second chance I would not hesitate to hire him on a full time bases for my plumbing & heating business.
My wife and I have been owner for over 30 years and at one time long ago Jimmy was part of. As for his plumbing skill Jimmy was a complete asset to us.

In closing I totally honor your decision and would honor mine if Jimmy was to be released. Thank you for your time on this manner.

Sincerely,

Carol Tinneny
404 Fountain Street
Philadelphia, PA 19128
215-487-3113
215-487-3014 Fax
carolt@tinnenyplumbing.com

Frank Hogeland
639 Jamestown St
Phila, Pa 19128
215-668-6283

To whom it may concern,

My name is Frank Hogeland and I'm writing on behalf of my brother James Hogeland 59573-066 to kindly ask for the consideration of his compassionate release. James has served quite a bit of his unusually harsh sentence and the need for further incarceration is not really warranted. He's had an exceptionally clean prison record and has been a model prisoner at all times. He's furthered his education and renewed his faith.

Prior to his arrest he had a solid work history and marketable skills. He was not a career criminal but someone who got caught up in drug use and obviously made some bad decisions. Now facing the age of 60 and with those things far in the past I'm certain that he would not return to that lifestyle. I'm sure that he would cherish his freedom and be a useful contributing member of society.

It would be a great help to our family if James was able to come home. I'm suffering from a rare form of leukemia/lymphoma and I anticipate some rough times ahead. James would be able to help with the care of our 87yr old father whose health is starting to decline. He could live with our father or me. He is certainly welcome at both homes. Our two siblings live across the country and they have families and it's not easy for them to drop everything and fly back to Philadelphia.

James is loved and missed by his family so I sincerely ask again for you to consider the compassionate release of my brother. Is there any need to keep him incarcerated until he is old and can no longer contribute positively to society? I feel in my heart that he is rehabilitated and will be a valuable asset to not only his family but to his community as well. Please let him come home to us and thank you for considering my plea.

Frank Hogeland

# Life's Key
## Student Transcript

## James H. Hogeland
59573-066

United States Penitentiary
PO Box 1000
Lewisburg, PA  17837
United States

Units Earned: 40.0
ECS Units Earned: 39.5
Grade Avg: 92

| Code | Pub | Title | Completed | Units | Grade |
|------|-----|-------|-----------|-------|-------|
| | | **Certificates Earned** | | | |
| | | | Mar 29, 2005 | 5.0 | |
| | | | May 24, 2005 | 10.0 | |
| | | | Jul 19, 2005 | 15.0 | |
| | | | Oct 25, 2005 | 20.0 | |
| | | | Dec 28, 2005 | 25.0 | |
| | | | Feb 14, 2006 | 30.0 | |
| | | | Mar 24, 2006 | 36.0 | |
| | | **Courses Completed** | | | |
| BTW | ECS | Born to Win | Nov 16, 2004 | 1.0 | 98 |
| JOS | ECS | Joseph: A Life of Virtue | Jun 14, 2005 | 0.0 | 83 |
| MMM | ECS | Men Who Met the Master | Dec 14, 2004 | 0.5 | 97 |
| WBT | ECS | What the Bible Teaches | Dec 14, 2004 | 1.0 | 86 |
| GMA | ECS | The Greatest Man Alive | Jan 4, 2005 | 0.5 | 100 |
| OGOW | ECS | One God One Way | Jan 4, 2005 | 1.0 | 98 |
| EPI-FNB | EPI | Food for New Believers | Feb 1, 2005 | 0.0 | 95 |
| YCLF | ECS | You Can Live Forever | Feb 1, 2005 | 0.5 | 94 |
| DTWJ | ECS | Doing Time With Jesus | Feb 15, 2005 | 1.0 | 92 |
| JTB | ECS | A Journey Through the Bible | Feb 15, 2005 | 1.0 | 96 |
| GIT | ECS | God Is There | Mar 29, 2005 | 1.0 | 95 |
| LCL | ECS | Lessons for Christian Living | Mar 29, 2005 | 1.0 | 93 |
| GCG | ECS | Guide to Christian Growth | Apr 26, 2005 | 1.0 | 89 |
| ITHR | ECS | I'll Take the High Road | Apr 26, 2005 | 1.0 | 83 |
| GAL | ECS | The Letter to the Galatians | May 24, 2005 | 1.0 | 87 |
| GJ | ECS | The Gospel of John | May 24, 2005 | 2.0 | 96 |
| JAS | ECS | The Letter of James | Jun 14, 2005 | 1.0 | 90 |
| ACTS | ECS | The Book of Acts | Jul 19, 2005 | 1.0 | 92 |
| HSW | ECS | The Holy Spirit at Work | Jul 19, 2005 | 1.0 | 78 |
| 1COR | ECS | The First Letter to the Corinthians | Aug 23, 2005 | 2.0 | 86 |
| LK | ECS | The Gospel of Luke | Sep 13, 2005 | 1.0 | 90 |
| LS | ECS | The Lord's Supper | Oct 11, 2005 | 0.5 | 90 |
| MP | ECS | Messianic Psalms | Oct 11, 2005 | 1.0 | 90 |
| BBB | ECS | Buried by Baptism | Oct 25, 2005 | 0.5 | 95 |
| EPH | ECS | The Letter to the Ephesians | Oct 25, 2005 | 1.0 | 93 |
| LJ | | | Nov 8, 2005 | 0.5 | 97 |
| TT | ECS | Timothy and Titus | Nov 8, 2005 | 1.0 | 92 |
| 2COR | ECS | The Second Letter to the Corinthians | Nov 22, 2005 | 1.0 | 87 |
| MK | ECS | The Gospel of Mark | Dec 6, 2005 | 1.0 | 93 |
| PCP | ECS | Philippians, Colossians, and Philemon | Dec 28, 2005 | 1.0 | 92 |
| MATT | ECS | The Gospel of Matthew | Jan 9, 2006 | 1.0 | 94 |
| BP | ECS | Bible Prophecy | Jan 31, 2006 | 1.0 | 81 |
| DAN | ECS | The Life and Prophecies of Daniel | Jan 31, 2006 | 1.0 | 94 |
| PPPW | ECS | Perfect Person Perfect Work | Feb 14, 2006 | 2.0 | 95 |

printed by mb

EXHIBIT E

# Life's Key
## Student Transcript

## James H. Hogeland
59573-066

| Code | Pub | Title | Completed | Units | Grade |
|------|-----|-------|-----------|-------|-------|
| THES | ECS | The Letters to the Thessalonians | Feb 14, 2006 | 2.0 | 89 |
| OTLH | ECS | Old Testament Law & History | Mar 7, 2006 | 2.0 | 94 |
| OTPP | ECS | Old Testament Poetry and Prophecy | Mar 7, 2006 | 2.0 | 96 |
| NTS | ECS | New Testament Survey | Mar 14, 2006 | 2.0 | 95 |
| EPI-SR | EPI | Start of the Race | Apr 18, 2006 | 0.0 | 96 |
| EPI-WOWI | EPI | Way Out and Way In | Apr 18, 2006 | 0.0 | 97 |
| EPI-DJ | EPI | Desert Journey | Apr 25, 2006 | 0.0 | 96 |
| EPI-WAL | EPI | Winning and Losing | Apr 25, 2006 | 0.0 | 98 |
| EPI-KD | EPI | King David | May 16, 2006 | 0.0 | 95 |
| EPI-KGD | EPI | Kingdom Divided | Jun 27, 2006 | 0.0 | 91 |
| EPI-SI | EPI | Songs of Israel | Jun 20, 2006 | 0.0 | 98 |
| TCK | ECS | The Coming King | Jun 20, 2006 | 0.0 | 88 |
| EPI-PROV | EPI | Proverbs | Jul 25, 2006 | 0.0 | 100 |

EXHIBIT F

# Certificate

of

# Completion

## James Hogeland

has completed 4.0 hours of initial training

qualifying him to become a member of the Inmate Companion Suicide Watch Team

of FDC Philadelphia

on Monday, March 26, 2007.

_Dana P Reinhold, Ph.D_

Dana P Reinhold, Ph.D.

Mental Health Unit Psychologist

Coordinator, SEU Inmate Companion Team

EXHIBIT F

# Certificate

of

# Completion

## James Hogeland

has completed 4.0 hours of refresher training
qualifying him to continue as a member
of the Inmate Companion Suicide Watch Team
of FDC Philadelphia on Thursday, September 20, 2007.

_Dana P Reinhold, Ph.D_
Dana P Reinhold, Ph.D.
Mental Health Unit Psychologist
Coordinator, SEU Inmate Suicide Watch Companion Team



**U.S. DEPARTMENT OF JUSTICE**       **FEDERAL BUREAU OF PRISONS**

BP-S576.052   MONETARY SPECIAL AWARD RECOMMENDATION - INMATE   CDFRM
DEC 95

| Institution | Unit | Date |
|---|---|---|
| FDC Philadelphia | J-South | 7-17-07 |

| Inmate's Name | Register No. | Work Assignment |
|---|---|---|
| Hogeland, James | 59573-066 | Inmate Companion-Psych. |

Recommend Monetary Special Award in the amount of $ 100.00
In recognition of the following special act:

☐ An act of heroism.
☐ Voluntary acceptance and satisfactory performance of an unusually hazardous assignment.
X An act which protects the lives of employees or inmates, or the property of the United States.
☐ Suggestions which result in substantial improvements or cost-savings in institutional programs or operations.
☐ Other exceptionally meritorious or outstanding services.

Justification: Mr. Hogeland volunteered his professional plumbing skills to assist Fac. Dep't. with suicide/psych. obs. Room conversion from porcelain to stainless steel combination units. This is to reduce the chance of a suicide in these rooms.

Submitted by

| Printed Name and Signature | Title |
|---|---|
| Robert F. Michael | Maintenance Worker Sup'v. |

Approved by

| Department Head | Date |
|---|---|
| Timothy P. Kavalak - Facilities Manager | 7-18-07 |
| Chief Executive Officer | 7-14-07 |
| Regional Director (Awards Exceeding $150.00) | |

| Award Date | Approved Award Amount $ |
|---|---|

(This form may be replicated via WP)

COPY

# Award of Distinction

awarded to:

## James Hogeland

Federal Detention Center, Philadelphia, PA
For Volunteering 112 hours as Recreation Aid
for the Recreation Department during January 2007

January 2007

Date

*L. McAdoo, Recreation Specialist*



EXHIBIT A



*Award of Distinction*

**You Did It!**

*James Hopeland*

Federal Detention Center, Philadelphia, PA
For Volunteering as a Recreation Aide
for the King Holiday Weekend
Total of 4 hours

Recreation Department

January 19, 2008

L. McAdoo, Recreation Specialist

VA655 © COPYRIGHT, 2001, HAYES SCHOOL PUBLISHING CO., INC., PITTSBURGH, PA



U.S. Department of Justice

Federal Bureau of Prisons

---

*Office of the Director*                                      *Washington, DC 20534*

Dear Suicide Watch and Mental Health Inmate Companions,

Of the many valuable inmate programs offered by the
Bureau of Prisons, the Inmate Companion Program is one of which
I am particularly proud.  This program is an example of inmates
helping inmates.  Those of you who participate in this program
are contributing to your community by providing support and hope
to your peers.

At the same time you are assisting others, you are learning new
skills that will support reentry to your communities and
reunification with your families.  These skills include
listening to others, communicating clearly, putting another's
needs before your own, and sticking with a job, even when it is
challenging; these skills will pay dividends for the rest of
your life.

I have great respect and appreciation for the work you do to
prevent suicide and support your peers through their darkest
moments.  Your work, in collaboration with the professional
mental health services provided by the Bureau, truly has the
power to save lives.

                        Sincerely,

                        Charles E. Samuels, Jr.
                        Director

EXHIBIT



**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary*
2400 Robert F. Miller Drive
P. O. Box 1000
Lewisburg, PA 17837

DATE:      May 8, 2013

TO:        All Concerned

FROM:      L. Karpen, Ph.D., Chief Psychologist

SUBJECT:   Suicide Watch Companion Team

This is to advise that Inmate James Hogeland, Reg. No. 59573-066, is a member in good standing of Psychology Services Suicide Watch Companion Team. This team is comprised of 47 inmates who have offered their time to provide visual supervision of inmates placed on suicide watch within the institution and to respond to potentially life-threatening emergencies.

Participation on the team requires demonstration of superior institutional adjustment determined through a screening process by both unit team and custody staff. Following this initial screening, applicants are interviewed by the Chief Psychologist and the final selections are based upon the demonstration of maturity, responsibility and commitment to the well-being of fellow inmates.

Each team member is assigned to one or more four-hour shifts and agrees to be available, without prior notice, at the time a suicide watch is commenced.  They participate in a four-hour training and agree to bi-annual refresher training thereafter.

Please consider the above participation when reviewing this inmate's programming status.


cc: Central File

EXHIBIT 1



**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary*
2400 Robert F. Miller Drive
P. O. Box 1000
Lewisburg, PA 17837

---

DATE:     September 8, 2015

TO:       All Concerned

FROM:     J. Sage, Psy.D., Chief Psychologist

SUBJECT:  Suicide Watch Companion Team

This is to advise that Inmate James Hogeland, Reg. No. 59573-066, is a member in good standing of the Psychology Services Suicide Watch Companion Team. This team is comprised of 24 inmates who have offered their time to provide visual supervision of inmates placed on suicide watch within the institution and to respond to potentially life-threatening emergencies.

Participation on the team requires demonstration of superior institutional adjustment determined through a screening process by both unit team and custody staff. Following this initial screening, applicants are interviewed by the Chief Psychologist and the final selections are based upon the demonstration of maturity, responsibility and commitment to the well-being of fellow inmates.

Each team member is assigned to one or more four-hour shifts and agrees to be available, without prior notice, at the time a suicide watch is commenced. They participate in a four-hour initial training and agree to quarterly refresher training thereafter.

Please consider the above participation when reviewing this inmate's programming status.


cc: Central File

 EXHIBIT 7



**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary*
*2400 Robert F. Miller Drive*
*P. O. Box 1000*
*Lewisburg, PA  17837*

---

DATE:       September 20, 2016

TO:         All Concerned

FROM:       J. Sage, Psy.D., Chief Psychologist

SUBJECT:    Suicide Watch Companion Team

This is to advise that Inmate James Hogeland, Reg. No. 59573-066, is
a member in good standing of the Psychology Services Suicide Watch
Companion Team. This team is comprised of 31 inmates who have offered
their time to provide visual supervision of inmates placed on suicide
watch within the institution and to respond to potentially
life-threatening emergencies.

Participation on the team requires demonstration of superior
institutional adjustment determined through a screening process by
both unit team and custody staff.  Following this initial screening,
applicants are interviewed by the Chief Psychologist and the final
selections are based upon the demonstration of maturity,
responsibility and commitment to the well-being of fellow inmates.

Each team member is assigned to one or more four-hour shifts and agrees
to be available, without prior notice, at the time a suicide watch
is commenced.  They participate in a four-hour initial training and
agree to quarterly refresher training thereafter.

Please consider the above participation when reviewing this inmate's
programming status.


cc: Central File

 EXHIBIT J

The Foundation Institute for Biblical Studies

## Student Tracking Record

STUDENT NAME: __James H. Hogeland__   DOC# __59573-066__

FACILITY: __SMI/USP Lewisburg__   Program Start Date: __02-24-2011__

| Lesson | Course | Start | Completed | Grade |
|---|---|---|---|---|
| | ORIENTATION UNIT | | | |
| 1 | Basic Training For Christian Soldiers | 2–4–11 | 2–11–11 | 96.61 |
| 2 | The Turn | 2–11–11 | 2–14–11 | 92.59 |
| 3 | The Narrow Place | 2–14–11 | 2–19–11 | 97.95 |
| 4 | By Faith Through Faith | 2–19–11 | 2–22–11 | 100 |
| 5 | Iniquity, Sin, And Transgression | 2–22–11 | 2–24–11 | 93.75 |
| 6 | Prescription Drugs & The Spirit | 2–25–11 | 2–27–11 | 98.33 |
| | UNIT 1 | | | |
| 1 | Romans | 2–27–11 | 3–5–11 | 99.47 |
| 2 | Overcoming Sinful Habits | 3–6–11 | 3–9–11 | 96.30 |
| 3 | Complete Salvation | 3–9–11 | 3–15–11 | 100 |
| 4 | Security Guaranteed | 3–16–11 | 3–24–11 | 98.70 |
| 5 | Conquer Discouragement | 3–24–11 | 3–26–11 | 98.96 |
| 6 | When Christians Sin | 3–26–11 | 3–31–11 | 97.77 |
| | UNIT 2 | | | |
| 1 | Bible Doctrine | 3–31–11 | 4–20–11 | 99.15 |
| 2 | Christ's Impeccability | 4–20–11 | 5–7–11 | 92.06 |
| | UNIT 3 | | | |
| 1 | Ephesians | 6–1–11 | | 98.34 |
| 2 | Seven Baptisms | | | 92.15 |
| 3 | Seven Judgments | | | 98.63 |
| 4 | The Second Coming | | | 99.18 |
| 5 | Temptation | | | 100 |
| 6 | Purpose In Trial | | | 100 |
| 7 | Holy Living | | | 94.11 |
| 8 | The Mysteries of God | | 12–1–11 | 98.70 |
| | UNIT 4 | | | |
| 1 | Hebrews | 1–1–12 | 1–12–12 | 95.65 |
| 2 | Scriptural Meditation | 1–12–12 | 1–19–12 | 98.59 |
| 3 | The Spirit World | 1–19–12 | 1–26–12 | 90.96 |
| 4 | Conquer Impure Thoughts | 1–26–12 | 1–28–12 | 95.12 |
| 5 | Knowing God's Will | 1–28–12 | 1–30–12 | 92.30 |
| | UNIT 5 | | | |
| 1 | Philippians | 1–30–12 | 2–10–12 | 99.07 |
| 2 | Dispensational Salvation | 2–10–12 | 2–19–12 | 95.72 |
| 3 | Backsliding | 2–19–12 | 2–23–12 | 94.23 |
| 4 | Separation | 2–23–12 | 2–25–12 | 94.28 |
| 5 | Soul Sleep | 2–25–12 | 2–28–12 | 100 |
| 6 | Preaching Techniques 1 | 2–28–12 | 3–19–12 | 98.14 |

| Lesson | Course | Start | Completed | Grade |
|---|---|---|---|---|
| | **UNIT 6** | | | |
| 1 | Galatians | 3–20–12 | 4–4–12 | 95.78 |
| 2 | Sins unto Death | 4–5–12 | 4–28–12 | 100 |
| 3 | The Fear of the Lord | 4–29–12 | 5–1–12 | 94.44 |
| 4 | Time of the Crucifixion | 5–2–12 | 5–7–12 | 90.47 |
| 5 | Doubtful Disputations | 5–10–12 | 5–30–12 | 98.38 |
| 6 | Hindrances to Prayer | 5–30–12 | 6–4–12 | 96.55 |
| 7 | The Home | 6–5–12 | 6–26–12 | 97.54 |
| | **UNIT 7** | | | |
| 1 | 1 Peter | 6–27–12 | 7–18–12 | 95.05 |
| 2 | Genuine Love | 7–19–12 | 7–21–12 | 94.59 |
| 3 | Christian Principles of Finance | 7–22–12 | 8–9–12 | 95.71 |
| 4 | Preaching Techniques 2 | 8–10–12 | 8–14–12 | 95.33 |
| | **UNIT 8** | | | |
| 1 | Spiritual Fruit | 8–15–12 | 8–18–12 | 92.42 |
| 2 | Holiness | 8–19–12 | 8–23–12 | 98.03 |
| 3 | The Controlled Life | 8–24–12 | 8–26–12 | 96.55 |
| 4 | Personal Devotions | 8–27–12 | 8–29–12 | 96.55 |
| 5 | Sources of Tension | 8–30–12 | 9–1–12 | 96.00 |
| 6 | James | 9–1–12 | 9–22–12 | 96.67 |
| | **UNIT 9** | | | |
| 1 | Bible & Science | 9–23–12 | 9–27–12 | 100 |
| 2 | Place of the Dead | 9–27–12 | 10–3–12 | 94.85 |
| 3 | Christian Relationship to the Law | 10–4–12 | 10–8–12 | 89.32 |
| 4 | Confession | 10–9–12 | 10–15–12 | 93.27 |
| 5 | Church Conflicts | 10–15–12 | 10–22–12 | 89.10 |
| 6 | Christian Principles of Health | 10–22–12 | 10–31–12 | 96.56 |
| | **UNIT 10** | | | |
| 1 | Mark | 11–1–12 | 11–20–12 | 95.78 |
| 2 | 2 Peter | 11–21–12 | 12–6–12 | 97.47 |
| | **UNIT 11** | | | |
| 1 | Creation Week | 1–14–13 | 1–25–13 | 94.24 |
| 2 | The Five Offerings | 1–25–13 | 1–28–13 | 98.70 |
| 3 | The Feasts | 1–28–13 | 1–30–13 | 94.00 |
| 4 | Divorce & Remarriage | 2–1–13 | 2–3–13 | 93.54 |
| 5 | Balanced Christian Growth | 2–3–13 | 2–5–13 | 90.90 |
| | **UNIT 12** | | | |
| 1 | 1 Corinthians Part 1 | 12–7–12 | 12–31–12 | 95.85 |
| 2 | Failure in the Christian Life | 1–1–13 | 1–13–13 | 93.58 |

I certify the above to be an honest and accurate record of this students work:

| Chaplain J. Davis | Chaplain | 2/7/13 |
|---|---|---|
| Signature | Title, Rank or Position | Date |

Once all work is completed, mail to: The Foundation Institute For Biblical Studies. Please remember, in all cases, grades must be received by The Foundation Institute before any degrees can be granted.

The Foundation Institute for Biblical Studies

## Advanced Student Tracking Record (Bachelor)

STUDENT NAME: __James H. Hogeland__          DOC# __59573-066__

FACILITY: ____SMI/USP Lewisburg____          Program Start Date: __2-24-11__

| Lesson | Course | Start | Completed | Grade |
|--------|--------|-------|-----------|-------|
| | **UNIT 13** | | | |
| 1 | First, Second and Third John | 2-4-13 | 2-17-13 | 96.15 |
| 2 | Music Evaluation | 2-17-13 | 2-20-13 | 99.65 |
| 3 | The Psalms | 2-20-13 | 2-24-13 | 98.98 |
| 4 | Biblical Separation | 2-24-13 | 2-28-13 | 97.77 |
| | | | | |
| | **UNIT 14** | | | |
| 1 | Jack Hyles on Justice | 3-01-13 | 3-06-13 | 98.53 |
| 2 | Understanding Adversity | 3-05-13 | 3-08-13 | 95.45 |
| 3 | The Holy Spirit | 3-08-13 | 3-16-13 | 96.96 |
| 4 | God's Fast | 3-17-13 | 3-19-13 | 96.00 |
| 5 | The Ten Commandments | 3-19-13 | 3-21-13 | 99.56 |
| | | | | |
| | **UNIT 15** | | | |
| 1 | Teaching on Preaching | 3-22-13 | 3-25-13 | 100 |
| 2 | Standing in the Gap | 3-25-13 | 4-7-13 | 98.80 |
| | | | | |
| | **UNIT 16** | | | |
| 1 | Systematic Theology | 4-8-13 | 4-17-13 | 99.52 |
| | | | | |

I certify the above to be an honest and accurate record of this students work:

_Chaplain J. Davis_          _Chaplain_          _4/19/13_
Signature          Title, Rank or Position          Date

Mail to:     The Foundation Institute
             For Biblical Studies
             7873 Meadow Ridge Lane
             Olive Branch, MS 38654

Please remember, in all cases, grades must be received by The Foundation Institute
before any degrees can be granted.

EXHIBIT J



# The Foundation Institute

## For Biblical Studies

be it known that

# James H. Hogeland

having completed the necessary course of study and
having satisfied all other requirements is hereby awarded the

# Bachelor of Biblical Studies

degree with all the honors and privileges pertaining therein.
In testimony whereof the signatures of the Dean
and the President have been affixed this day.

September 5, 2013

Dr. David Helmic Sr., President

Bro. Tony Moore, Dean



# INTERNATIONAL SCHOOL of MINISTRY™
## TRANSCRIPT

**Student:** James H. Hogeland
Enrolled: 6/14/2013                    Graduation Date: 12/30/2014

### Trimester 1

| | | |
|---|---|---|
| Foundations of the Faith | RS101 | A- |
| Supernatural Living, Part 1 | RS217 | B- |
| New Testament Survey, Part 1 | BI102 | A- |
| Praise and Worship | RS105 | B |
| Supernatural Living, Part 2 | RS217 | A- |
| New Testament Survey, Part 2 | BI102 | A |

### Trimester 2

| | | |
|---|---|---|
| Power of Prayer | RS106 | A |
| Jesus Our Healer Today | RS205 | A |
| Old Testament Survey, Part 1 | BI101 | B+ |
| Essence of the Gospel | BI201 | B- |
| Ministry of Helps | BI208 | C |
| Old Testament Survey, Part 2 | BI101 | B |

### Trimester 3

| | | |
|---|---|---|
| Introduction (Mobilize to Multiply) | ED101 | C- |
| Cell Growth and Principle of 12 | RS216 | A |
| Power Evangelism | RS103 | B- |
| Church Based Training | RS314 | A- |
| Leader's Integrity | RS102 | B- |
| Leadership Vision | RS304 | B+ |
| Church Planting | PC200 | A |
| Being Led by the Spirit | RS204 | B+ |

### Trimester 4

| | | |
|---|---|---|
| Wilderness Mentalities | RS219 | A |
| Developing Leaders | RS111 | C |
| Missions and the Harvest | RS305 | C |
| Personal Evangelism | PC300 | B |
| Spiritual Warfare | RS110 | C |
| Reconciliation | BI302 | A- |
| Cell Group Leaders | RS216 | C- |

### Trimester 5

| | | |
|---|---|---|
| Christ Connection | RS315 | A |
| Living to Give | PC100 | B- |
| Supernatural Faith | RS209 | A |
| Children and Youth Ministries | ED301 | A |
| Biblical Eldership | RS301 | B+ |
| Discipleship | RS219 | C- |

Signed: _____          Date: _6/1/16_
                 Office of Registrar

EXHIBIT K

# INTERNATIONAL SCHOOL OF MINISTRY

THIS DOCUMENT CERTIFIES THAT

## JAMES HOGELAND

HAS FULFILLED THE REQUIREMENTS OF AN

# ADVANCED DIPLOMA OF BIBLICAL STUDIES

USING THE

## INTERNATIONAL CURRICULUM

ON THIS 30 DAY OF DECEMBER, 2014

INTERNATIONAL PRESIDENT

ACADEMIC DEAN

REGIONAL CENTER DIRECTOR

SCHOOL DIRECTOR

GOOD SHEPHERD MINISTRIES INTERNATIONAL
Advance to Mature

EXHIBIT K

# CHRISTIAN LEADERSHIP UNIVERSITY
## School of Impartation

To the Praise and Glory of God
Be it known that

### James H. Hoageland

Having satisfactorily completed the requirements of the approved program of study,
and having evidenced Christian maturity and proficient scholarship
is awarded by the Executive Board and Faculty the degree of

## Associate of Biblical Studies

Given from Port Saint Lucie, Florida,
this thirtieth day of December, in the year two thousand-fourteen
together with all the rights and privileges appertaining thereto.

In testimony whereof, the seal of the school and the signatures of officials are hereto affixed.



_____
Academic Dean

_____
President

  

info@isom.org
909.478.3330

# GOOD SHEPHERD MINISTRIES
*International*

P.O. Box 11909
San Bernardino CA 92423

Women of the World

## Official Transcript

Student: James Hogeland

Graduation Date: 01/14/2016

| Ministry Module | | |
|---|---|---|
| Course Code | Title | Grade |
| F01 | Conquering the Sin Nature | A |
| F02 | The Heart of the Ministry | A |
| F03 | Renewed Like the Eagles | A |
| F04 | Community & Gender | A |
| F05 | Dynamic Preaching | A |
| F06 | Prophetic Foundations | B |
| F07 | Practical Points for Ministry | A |
| F08 | Hearing God's Voice | A |

| Miracle Living Module | | |
|---|---|---|
| Course Code | Title | Grade |
| G01 | New Creation Image | A |
| G02 | Authority of the Believer | B |
| G03 | Praise and Worship | B |
| G04 | Prayer: Bringing Heaven to Earth | A |
| G05 | God's Provision for Healing | A |

| WOW Essential Module – Men & Women | | |
|---|---|---|
| Course Code | Title | Grade |
| W04 | Overcoming Disappointment | B |
| W05 | Rising to Your Potential | B |
| W06 | Divine Healing | B |
| W08 | Ministry of the Holy Spirit | B |
| W09 | Overcoming Grief | B |
| W10 | God's Plan for Your Family | B |
| W11 | Generational Blessing | B |
| W14 | Difficulties in Leadership | B |
| W15 | Women of Worship | C |
| W16 | Become a Minister | C |
| W19 | The Esther Message | C |
| W24 | The Nine Principles of War | C |

| Messenger Module | | |
|---|---|---|
| Course Code | Title | Grade |
| JB01 | Extraordinary | C |
| JB02 | Driven By Eternity | A |
| JB03 | Breaking Intimidation | A |

| Maturity Module | | |
|---|---|---|
| Course Code | Title | Grade |
| M01 | Seven Mountain Strategy | A |
| M02 | Navigating Betrayal | C |
| M03 | Leadership Principles | A |
| M04 | Sexual Wholeness & Healing | A |
| M05 | Confronting Life's Issues | B |
| M06 | The Marriage Trinity | A |
| M07 | The Blessed Life | A |
| M08 | Cleansing Streams | A |

Signature: _____

Date: _6/11/16_____

EXHIBIT K

# Vision International College and Seminary USA

Upon Recommendation of the Faculty

Has conferred on

**James Hogeland**

The degree of

**Bachelor of Ministry**

With all rights, responsibilities, and privileges pertaining thereto.

Given at Zachary, Louisiana, January 14, 2016.
A College of Lighthouse International University



President

Academic Dean

EXHIBIT K

EXHIBIT L



## ASQ

The Global Voice of Quality

James H. Hogeland

Certified Quality Improvement Associate

Certificate Number | Date Issued

13934 | 3/8/2019

March 27, 2019

65767030
James H. Hogeland
UNICOR-FPI
PO Box 420
Fairton, NJ 08320-0420

Dear James H. Hogeland:

CONGRATULATIONS! The Certification Board is pleased to announce that you have passed the written examination for the ASQ Certified Quality Improvement Associate Certification. You have reached an important milestone in your professional development.

Certification is not a license. It is peer recognition of proficiency in the prescribed body of knowledge. Please refer to your certification in terms which are consistent with the legal requirements and use of certification in the location in which you reside.  We recommend that you refer to yourself as an "ASQ Certified Quality Improvement Associate." It is very important that you associate the Society with your certification.

Enclosed is your certificate and ASQ Code of Ethics.  As a certified individual, the ASQ Code of Ethics should serve as your professional guide. Please review this information and call ASQ Headquarters if there are any discrepancies.

You can be rightfully proud of your certification as recognition of your professional knowledge by your peers in a professional society.

We look forward to your continued participation in the Society.

Sincerely,

Alan M. Bell, Chair
ASQ Certification Board

EXHIBIT L



# American Society for Quality

## James H. Hogeland

has satisfactorily fulfilled the requirements established
by the Society for professional attainment in

### Quality Improvement

and is, therefore, certified by the Society as a

## Certified Quality Improvement Associate

Certification Number       13934
Certification Date          3/8/2019



Chair, Certification Board

Chair

# Certificate of Completion

## James Hogeland

has completed a 16 hour group in

## Mindfulness-Based Stress Reduction

A stress management program including meditation and yoga.

FDC Philadelphia

Monday, March 26, 2007.

_Dana P Reinhold, PhD_

Dana P Reinhold, Ph.D.
Mental Health Unit Psychologist

# The Voice of Prophecy

W O R L D W I D E   B I B L E   B R O A D C A S T E R S

## Diploma



*This Certifies that*

### James H. Hogeland

*has completed in a satisfactory manner the 26 lesson*

#### Discover Bible Course

*Issued at Los Angeles, California on*

December 12, 2007

_Kurt Johnson_
BIBLE SCHOOL DIRECTOR

_C. Lonnie Melashenko_
DIRECTOR-SPEAKER

# AMERICAN BIBLE ACADEMY

### Presents this Certificate to

James H. Hogeland

### upon successful completion of

Study Course __The Book of Acts Vol Two__

Awarded the ___11th___ day of ___April___ , ___2007___ .




_Joseph Welch_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR

---



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME:  James H. Hogeland                    STUDENT ID#: 253416

COURSE:  The Book of Acts Vol Two            DATE: 4/11/07

EXAM 1: 78      EXAM 2: 80      EXAM 3: 88

FINAL GRADE: 82        CREDITS:  1

Grading Policy - The grading system used by A.B.A. is as follows:

A+ ....100-99%   A ........98-95%   A- ........94-90%   B+ ......89-87%   B ........86-84%
B- .......83-80%   C+ ......79-77%   C ........76-74%   C- .......73-70%   D+ ......69-67%
D ........66-64%   D- .......63-60%   F ..........59-0%

Please update any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

James H. Hogeland

upon successful completion of

Study Course  Galatians & Philippians

Awarded the  10th  day of  July  , 2007 .




*Joseph Welch*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR

---



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME:    James H. Hogeland              STUDENT ID#:  253416

COURSE:  Galatians & Philippians              DATE:  7/10/07

EXAM 1:  86      EXAM 2:  90      EXAM 3:   76

FINAL GRADE: 84          CREDITS:   1

Grading Policy - The grading system used by A.B.A. is as follows:

A+ ....100-99%   A ........98-95%   A- .......94-90%   B+ ......89-87%   B ........86-84%
B- .......83-80%   C+ ......79-77%   C ........76-74%   C- .......73-70%   D+ ......69-67%
D ........66-64%   D- .......63-60%   F ..........59-0%

Please update any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

James H. Hogeland

upon successful completion of

Study Course ___Christian Doctrine, Vol. 3_____

Awarded the ___18th___ day of ___October___, ___2016___.





*Joseph Welch*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR

---



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME:   James H. Hogeland            STUDENT ID#:  253416

COURSE:   Christian Doctrine, Vol. 3            DATE:  10/18/16

EXAM 1:   95      EXAM 2:   94      EXAM 3:   94

FINAL GRADE:  94      CREDITS:   1

Grading Policy - The grading system used by A.B.A. is as follows:

A+ ....100-99%    A ........98-95%    A- .......94-90%    B+ ......89-87%    B ........86-84%
B- .......83-80%    C+ ......79-77%    C ........76-74%    C- .......73-70%    D+ ......69-67%
D ........66-64%    D- .......63-60%    F ..........59-0%

Please update any changes in your mailing address.
Websites: www.abarc.org • www.arm.org



THE SALVATION ARMY

This is to certify that
James Hogeland
has satisfactorily completed
"The Christian Life"
BIBLE CORRESPONDENCE COURSE
And is hereby award this
CERTIFICATE

November 13, 2009

THE SALVATION ARMY

This is to certify that
James Hogeland
has satisfactorily completed
"The Early Church"
BIBLE CORRESPONDENCE COURSE
And is hereby award this
CERTIFICATE

January 12, 2010

# THIS CERTIFIES THAT

*James Hogeland*

has successfully completed the course and examination for

## 10-HOUR GENERAL INDUSTRY SAFETY & HEALTH

February 03 & 10, 2011

Introduction to OSHA
Lockout/Tagout
PPE

Personal Protection Equipment
Means of Egress
Walking/Working Surfaces

Flammable and Combustible Liquids Electrical
Machine Guarding
Hazard Communication

Safety and Health Instructors



# CERTIFICATE OF COMPLETION

USP Lewisburg, Pennsylvania

## JAMES HOGELAND

has completed the

# DRUG EDUCATION PROGRAM

and is awarded this certificate
this 22nd day of March 2011



T. Dyroff
Drug Treatment Specialist



L. Karpen, Ph.D.
Chief Psychologist

# Certificate of Achievement

## awarded to

## Hogeland #59573-066

### for

Plyometric Training & Fitness (USP Lewisburg)

10 – 11 – 2017
Date

M. [signature]
Signature

# Certificate of Completion

THIS CERTIFICATE VERIFIES THAT

## JAMES HOGELAND

HAS SUCCESSFULLY COMPLETED:

CONFINED SPACE ENTRY-GENERAL INDUSTRY AND CONSTRUCTION

LADDER SAFETY

FALL PROTECTION

in accordance with federal, state/provincial, local, and company requirements

SEPTEMBER 20, 2017

R. HICKS, ESCA, CESCO, SSH C/G
R. DRICK, SCS





OSHA
COMPLIANT TRAINING

SAFETY PROVISIONS, INC. COMPANY SEAL, U.S.

HARD HAT TRAINING DEPT.



# CERTIFICATE OF PARTICIPATION

THIS CONFIRMS THAT

## JAMES HOGELAND

participated in a process group for the book

*Healing for Damaged Emotions*

by David A. Seamands

at USP Lewisburg

P. LEININGER, CHAPLAIN
3/20/2018

# CKS Recycling

## Performance of Services

### CERTIFICATE

*Awarded to*

*James Hogeland*

The above name has successfully achieved this certificate on the proper way to handle recycling and refurbished material Sorting, Testing, Packing and Safety Procedure at Fairton UNICOR.

**On this date date of: June 01, 2018**

QA. Representative, D. Siddiqui

Factory Manager, P. Persaud

8/17/2016

I am writing with in reference to James Hogeland. I would like to say that Mr. Hogeland has been a model inmate since his arrival. He has furthered his education. Offer assistance to other inmates when they are having a hard time. As well as offered his knowledge of plumbing and heating to aid in the repairs in the prison. But Mr. Hogeland is much more than all of that to my family. He is more like a brother to me, an Uncle to my children and was, without a doubt, a brother to my recently departed husband. I am personally honored to call Mr. Hogeland my friend because when the chips are down and I am depressed or upset about anything at all; Mr. Hogeland will have some kind of inspirational words to calm me with and I always feel better. He has turned his faith and himself over to God in the last few years and he is very much a different person because of it. The Hogeland Family has been extremely supportive of James because they witnessed the miraculous changes in him and in all honesty deserve to see their sons' freedom become a reality before they leave this earth.  Mr. Hogeland would be a credit to society these days and may very well have an effect on some of the negativity in this world. I, like many others, hope and pray every day that we will be able to see Mr. Hogeland as our neighbor again soon.

Thank you,

Gina M. Clark
255 Roxborough Ave.

Philadelphia, Pa 19128

(215)303-4133

8-22-16

To whom it may concern,

This letter is with regards to James Hoyland. Mr. Hoyland is a stand up guy that has come a long way since his arrival there. He has come a long way both spiritually & ethically. His life is being wasted & should be used as an example for others who end up in this type of situation. It is in my hopes that everyone will agree that Mr. Hoyland has served enough time to make the necessary changes & release him to help others do the same.

Thank You,

Theresa Slush

9/16

To Whome It May Concirn,

 I am writing on behalf of my uncle James Hogeland, 59573-066. I think that he has served a long avongh sentince in prison and has changed I have never been able to meet him outside of prison or really get to know him. If his sentince was over I could see him outside of prison and he could show me what he likes to do, I have hurd that he owns a cool motercyle. Another big benafit of him being releaced is he could go and help take care of my Grandma and Grandpa as they get older. I understand that he was guilty in the past and from what I have seen of him he has changed and is a better person. I think that it is cool how prison has changed him in ways like, he did colige classes and erned a digree.

Sincerely Ashoka, Celebucki

10/8/16

To whom it may concern,

I am writing on behalf of my brother James Hageland, prisoner #~~59573066~~. He has spent over 11 years in prison during which time he has worked, served others, accepted his sentence, improved himself and has never been reprimanded for his behavior. It is clear to me having known James Hageland for over 50 years that he has grown in maturity, integrity and faith during his time in prison and is ready to make a contribution to society as soon as he is released.

Do to laws and sentencing procedures that are in question even to the law makers that created them, he was given a 50 year sentence for his crime. In Jul of 2015 and more recently President Obama has commuted sentences of prisoners in similar situations. We are begging for the early release of my brother, James Hage. He would create a contribution to his family as well as many others when released and is missed and loved by all. Please, please consider him as a candidate for early release. Thank you so much.

Debbie Celebucki,

625 Dufranc Avenue
Sebastopol, CA  95472

June 11, 2020

James Hogeland
59573-066
Federal Correction Institute
PO Box 420
Fairton, NJ 08320

To Whom it May Concern:

I am a close friend of Donna Hogeland Stusser and her family.  I have known them for
18 years, beginning when our children attended preschool together.  They are a
beautiful, hard-working, and caring family.  All of them are devoted to the betterment of
society through compassionate education and social services.

Over the years Donna has kept me informed about James' history, his initial
incarceration, and his purposeful, steadfast, and committed reform.  They have
supported him in his improvement and will continue to love, and assist him in the next
phases of his life.  Should James be released, he will not be on his own:  he has a
network of loving people to aid him.

From what I have heard, James is a skilled and hard-working man.  He has repented of
his wrongs and wants only to be a generous and law-abiding member of society.

Most importantly, he has learned from his mistakes and is ready to rejoin society as an
improved citizen.  I fully support his release and pardon.

Thank you for reading this.

Sincerely,

Janine Sternlieb

June 11, 2020

Spencer Sherman
625 Dufranc Avenue
Sebastopol, CA 95472
707-824-4801

To Whom It May Concern:

I am a close friend of Donna and Michael Stusser and their 2 daughters, Mari and Hana Stusser. I am writing on behalf of James Hogeland, the brother of Donna Stusser.

While I have not met him, I have heard much about him from Mari, Hana, and Donna. They have spoken over the years and, recently, about how transformed a person James has become. They have shared letters and photos which confirm their words that he is dedicated to peace, healing, and service. This is a man who wants to give back and I believe that his release from prison will benefit many.

I have met many people who been freed from prison after being incarcerated for 10 to 30 years (Inside Circle Foundation), and I have been impressed with the maturity and wisdom of these people. James Hogeland strikes me as a similar person; someone who understands how his behavior has caused harm to himself and others and he has healed this part of himself. Today, he is devoted to helping and doing good in the world. And, we need that today.

For the benefit of his family and the people who James will inspire, I encourage you to pardon and release him from prison at the earliest opportunity.

With much respect for all that you do and have done to rehabilitate men like James,

Spencer Sherman

June 10, 2020


Tracy Saucier
8 Queens Lane
Petaluma, CA 94952


To Whom it May Concern:

I am writing on behalf of James Hogeland, the brother of my dear friend and coworker, Donna Hogeland Stusser.  I work at Summerfield Waldorf School and Farm, a private school in Santa Rosa, California, as the Admissions Director.  I have known Donna for over 14 years, and she is a phenomenal person.  Not only is she a distinguished early childhood educator and mentor who worked at our school for over 20 years, she is the first person signing up to help those in need.  She is currently planning to open an early childhood center for low income families.

Donna speaks about her brother every time we get together, letting me know how he has transformed his life, and how positive he is even while being in prison for 16 years for non-violent offenses.  He has dedicated his life to studying the Seminary Arts, and believes in the power of Divine Love and Mercy, and lives his life out of these values.  She is always in admiration of his insights and shares them often.  I can see how much she misses her younger brother, and how she feels he is a peaceful and transformed human being whose gifts would greatly benefit their family, his community, and the world.

I too believe in the power and goodness of Mercy, and I hope that the truth of his transformation will allow the wisdom of the court to release James Hogeland so that he may serve his family and community, and fulfill his mission as a citizen and human being.


With great hope,

Tracy Saucier

10 June 2020

To Whom it May Concern,

I am writing on behalf of James Hogeland to encourage those of you who have the authority to consider releasing and pardoning him.

I am a close friend of his sister, Donna Hogeland Stusser, and have heard about "Jimmy" as long as I've known her (over 20 years). What I hear about Jimmy is the way he has embraced his life on the inside through his service to other inmates and his capacity to maintain a steadiness in his prison jobs. And how deeply he has stayed connected to his loved ones on the outside through regular cards, letters, and phone calls. When Donna gets off the phone with Jimmy, she exudes an exuberance that I rarely experience otherwise. He touches and ignites a spark of humanity that then touches me through Donna.

In this moment when we as a society are re-considering the mass incarceration of so many of our people, it seems appropriate to free someone who has turned the page of their life toward service and caring. I hope you will seriously consider James Hogeland's request for pardon.

In the meantime, I also offer gratitude that Jimmy has been given the tools in prison to reflect and make the changes in his life that now make his freedom possible.

Sincerely,

Tara

Tara Brown
P.O. Box 1755
Bodega Bay, CA 94923

Katherine Presley
1195 Westside Road
Healdsburg, Ca 95448

June 10, 2020

To whom it may concern,

My name is Katherine Presley. I live in Sonoma County California and from 2007-2014 I lived on the property belonging to Donna Hogeland-Stusser with my husband Michael. Donna and I have known each other and been friends and teaching colleagues for over 25 years. Donna is an extraordinary human being. Articulate, creative, compassionate and generous, a loving daughter, sister, mother and friend. I have always felt lucky and grateful to have her as a friend. My husband and I consider her daughters as practically our own. We have gone through their growing pains and challenges and celebrated their joys and gifts, creativity and accomplishments in awe and appreciation of who they are and are becoming. Largely due to Donna's incredible capacity as a mother and woman, these girls have grown to be remarkable people. I give you this background so you have a context for the rest of what I would like to convey.

You see, I could write much more about Donna, but today I am writing on behalf of her brother James Hogeland who I have never personally met. Yet I feel compelled and honored to take the opportunity to write on his behalf. And I feel as though I do know him. My husband and I spent every Christmas and birthdays with Donna's family. We were often present when a phone call would come from James. We heard and witnessed the girls, his nieces, speaking and listening with love to their uncle. We would hear their stories of their visits with James when they would return from their summer vacations which always included a visit with him. They love their uncle and admire him, his kindness toward, and interest in them. Their care for James and the meaningful relationships they had, and still have, continue to impress me. Donna always spoke lovingly, honestly and practically about James; his mistakes, remorse and then taking responsibility to change and make things right. James' love and faith and Donna's faith, love and support of James, have all been an inspiration to me.

I think James's reform is commendable and worthy of his case being reconsidered. He made terrible errors but found his way to make fundamental changes in himself and make amends in the ways he could, in a very responsible human way. I hope that his efforts are seen by those with the power to grant it, as worthy of his release.

Please feel free to contact me if I can be of further assistance.

Thank you for your consideration,

Katherine Presley

Hana Stusser
220 17th Ave S
Seattle, WA 98144

To whom it may concern,

I am writing today on behalf of my uncle James Hogeland. My name is Hana Stusser and
James is my mom, Donna Hogeland Stusser's younger brother. I am 22 years old and I just
graduated from Seattle University in Washington state with a degree in Psychology. Next year I
plan to work and apply for graduate school to further pursue my degree in clinical psychology.

For almost my entire life, my uncle Jim has been in prison. However, this has not stopped us
from having a relationship or being a part of each other's lives. I visit my uncle as often as I can
with my mom and sister. We fly across the country to Pennsylvania to stay with my
grandparents and then visit Jimmy in prison. The time we spend together is short because that
is all that's allowed, but it's something that means a lot to our family, especially my uncle Jim.
My sister and I make an effort to stay in touch between visits, but the real effort comes from my
uncle. My uncle Jim has never failed to send me a kind and heartfelt birthday card, Christmas
card or Easter card. I think it is safe to say he is the only family member who manages to have
the card arrive on the very day of my birthday or the holiday. And I am one of many nieces and
nephews, all of whom I assure you receive the same treatment. My uncle is always thinking of
his family on the outside and does everything in his power to remind us how much he cares
about what's happening in our lives.

I hope that this can give you a little glimpse of the person James is. Being in prison with a
sentence like his is something that I think most of us find unimaginable. I certainly do not think
that I would be half the person he is today if I were in his shoes. It is because of this that my
uncle is one of the strongest people I know.

It is my hope and the hope of our entire family that his case can be re-examined and that he can
come home. I want my uncle to be a part of my life beyond prison visits once a year and letters
and phone calls. The world needs more people like my Uncle James on the outside of prison
walls where I know he will be able to live a meaningful and fulfilling life and inspire those around
him to do so as well.

Sincerely,

Hana Stusser

Hana Stusser

Donna Hogeland Stusser
11141 Cherry Ridge Rd
Sebastopol, California 95472
707-293-3400
dstusser2@comcast.net

June 11, 2020

To Whom It May Concern,

Thank you for taking the time to read my letter. I have been hoping for the opportunity to help my brother. My name is Donna Hogeland Stusser.
I am the first daughter of Fred and Christine Hogeland of Philadelphia Pa. My brother James Hogeland is the third child, Frank Hogeland, the first
and Debbie Celebucki, the last.
It was our mother's Christine's deepest sorrow that she was not personally able to "get Jimmy back" as she would often say before she died
February 12, 2019. It brought us all so much closer to surround her during those last two weeks of her life. Jimmy called her everyday even while
she was unconscious so she could listen to his voice. He took part in choosing the prayers for her Mass. They were very close, wrote letters regularly
and spoke often on the phone. James is a devoted son. He made the choice to request a transfer from Lewisburg to Fairton even though he knew he
would need to give up some comforts. He did this because the drive would be easier on his aging parents.

There is no doubt it was the right outcome of events to imprison James for his crime in 2004.
I am very grateful for the reform he has made through the Federal Detention System. I have visited him once a year for the last 16 years in prison and
he is truly a changed person.
He is a kind, thoughtful, intelligent, respectful person. He is a loving brother and a wonderful uncle to my children. He knows how to show up in our
lives even while he is incarcerated. He has always remembered our birthdays and holidays and small details of our lives.

James has taken advantage of many opportunities to grow and learn during his incarceration.
He has done this to improve his life and the lives of those around him. I remember meeting the Chaplin at Lewisburg who thanked me for all the good
James did for other inmates. I never hear a word of complaint from my brother. He apologized repeatedly to us for the mistakes he had made, especially
to our parents. He is ready to start again.

I have no doubt he will be an upstanding member of society. He has always kept a steady job in prison all these years as you see from his records, as
when he maintained the ancient plumbing system at Lewisburg Penitentiary. Currently when we talk he tells me how good he feels to be making masks.
He is a team player.

Now nearly 16 years later, I am asking that he be released and be pardoned and be allowed to return home to our family. I hope he can live with Fred Hogeland,
our father who is 86 as his caretaker. Fred still resides in our family house on Fountain Street where we grew up.

We all want him back. New babies are being born, grandchildren are graduating from college, great grandchildren are graduating from high school, all celebrations
we want "Uncle Jim" to be a part of as well as everyday life.

I ask that you please grant the pardon of James Hogeland as soon as possible.

Please let me know if there is anything else I can do to assist this in happening.
Thank you for your thoughtfulness,

Donna Hogeland Stusser

*Donna Hogeland Stum*

Mari Stusser

1259 ½ Stafford St

San Luis Obispo, Ca

To whom it may concern,

My name is Mari Stusser and James Hogeland is my uncle. I am a student at Cal Poly State University in central california and will be entering my second year in the fall.

I am writing to ask that my uncle is pardoned from his sentence.

For as long as I can remember, my Uncle Jim has been in prison. Over the years I have found a lot of joy and meaning in writing letters to him. His responses are always so beautifully written, upbeat, and full of enthusiasm for what I am doing in my life. I have all the letters saved and sometimes read back on them when I want to smile. I never much liked being brought to the humid east coast every summer, but the visits to Uncle Jim began to make them something special. Although entering a federal prison at age 12 was overwhelming for me, when we got to my uncle, I always felt at ease. He made everyone laugh and would bring up little details we had mentioned months earlier to inquire about. Uncle Jim was always sharing jokes and familiar greetings with the inmates next to us. When we got our photo taken I always felt so proud to stand next to him in front of everyone. Despite all odds, he has always had such a composed, strong and bright presence. Our allotted time would fly by and too soon we would watch him be led down the hallway out of the visitors room.

Although I try to write stories and accounts to fill my uncle in, it breaks my heart to think about all the events in our lives so far where he has been missing. It would make all of college worth it to see my uncle in the audience when I graduate, and mean the world for him to attend more big moments in my future. Now that my grandmother has passed away, my Grandpa Fred lives alone, and needs the care of his son more than ever. The quarantine has made it very difficult for him to do much of anything more than stay inside, and I know Jim would bring him a lot of joy in the ending chapter of his life.

I hope from our letters one can gather just how much it would mean to our entire family to have Jim released and back among us. I feel there is so much purpose for him in life beyond prison and I know he would make the world such a brighter place.

I thank you for your time and consideration,

Sincerely,

Mari Stusser

JAMES HOGELAND 59573-066
FEDERAL CORRECTION INSTITUTE
P.O. BOX 420   FAIRTON, N.J.
            08320



U.S.M.S.
X-RAY

LEGAL *
 * MAIL

CLERK of COURT
EASTERN DISTRICT of PA
601 MARKET St.
PHILA. PA. 19106